1  DOUGLAS B. ADLER (SBN 130749)
   douglas.adler@skadden.com
2  AILEEN D. OCON (SBN 240417)
   aileen.ocon@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
4  Los Angeles, California 90071-3144
   Telephone: (213) 687-5000
5  Facsimile:  (213) 687-5600

6  Attorneys for
   Plaintiff Citigroup Inc.
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

E-FILED courtesy copy

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    SOUTHERN DIVISION

11 | CITIGROUP INC.,              ) CASE NO.: SACV08-1348 AG
12 |                              ) (CWx)
   |           Plaintiff,         )
13 |     v.                       ) JUDGMENT
   |                              ) [PROPOSED] ORDER
14 | JAE YU, D/B/A CITI CREDIT    ) DISMISSING ACTION WITHOUT
   | BUREAU,                      ) PREJUDICE PURSUANT TO
15 |                              ) SETTLEMENT AGREEMENT
   |           Defendant.         )
16 |                              ) Hon. Andrew J. Guilford
   |                              )
17

---

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. SACV08-1348 AG (CWx)

## JUDGMENT [PROPOSED] ORDER

Good cause appearing, and based on the stipulation of the parties ~~set forth above~~, it is SO ORDERED that:

1. This action is dismissed without prejudice and without costs to any party;

2. This Court shall retain jurisdiction of any disputes arising out of related to the settlement of this action; and

3. ~~GoDaddy.com, Inc. will release the domain name citicredit.net to Defendant Jae Yu and~~ Defendant Jae Yu will, in accordance with the terms of the settlement agreement, transfer ownership of ~~said~~ the citicredit.com domain name to Plaintiff CitiGroup Inc. on or before July 1, 2012.

DATED: MAY 14, 2009

By: _____
Hon. Andrew J. Guilford
United States District Judge

1
[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. SACV08-1348 AG (CWx)

# Stipulation

8:08-cv-01348-AG-CW CitiGroup Inc. v. Yu
(CWx), AO121, DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Adler, Douglas on 4/14/2009 at 2:02 PM PDT and filed on 4/14/2009
**Case Name:**         CitiGroup Inc. v. Yu
**Case Number:**       8:08-cv-1348
**Filer:**             CitiGroup Inc.
**Document Number:** 11

**Docket Text:**
STIPULATION to Dismiss Case pursuant to Settlement Agreement filed by Plaintiff CitiGroup Inc.. (Attachments: # (1) Proposed Order Dismissing Action Without Prejudice Pursuant to Settlement Agreement)(Adler, Douglas)


**8:08-cv-1348 Notice has been electronically mailed to:**

Aileen Delcarmen Ocon     aocon@skadden.com

Douglas B Adler     dadler@skadden.com

**8:08-cv-1348 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Stipulation.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2009] [FileNumber=7614733-0]
[557626c32725f3e0535828f8f052cadd3815156e0ebc6acf18d8908e2686fa4f60c0
46f71da985771a648b46c512f8184cb67b368f543018587da55b4cba7d65]]
**Document description:** Proposed Order Dismissing Action Without Prejudice Pursuant to Settlement Agreement
**Original filename:** Proposed Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2009] [FileNumber=7614733-1]
[7dce429278e5195b4f0b2ea4880acea8a14de7eb4174cc9d7f5d80f8fb96c132b55b
d1d36a9b3ced2619abda182c72ed5ac4e65c5004531e65182065d1145aca]]